B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rehoboth Hospitality, LP d/b/a Logos Plaza Hotel** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**20-2203969** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**8106 Castor Avenue**<br>**Philadelphia, PA**<br>ZIP CODE **19152** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Taylor County, Texas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**5203 South 1st Street, Abilene, TX** | ZIP CODE **79605** |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
**Hospitality**

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

------

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Rehoboth Hospitality, LP d/b/a Logos Plaza Hotel |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: District of Delaware | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form) 1 (4/10) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Rehoboth Hospitality, LP d/b/a Logos Plaza Hotel |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *E.E. Allinson III*
Signature of Attorney for Debtor(s)
Elihu E. Allinson, III (No. 3476)
Printed Name of Attorney for Debtor(s)
Sullivan Hazeltine Allinson LLC
Firm Name
901 North Market Street, Suite 1300
Wilmington, DE 19801
Address
(302) 428-8191
Telephone Number
09/05/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *A.A. Raj* L.
Signature of Authorized Individual
Arasu A. Rajaratnam
Printed Name of Authorized Individual
Manager of Rehoboth Hospitality, GP, LLC ; *General Partner*
Title of Authorized Individual
09/05/2011
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Rehoboth Hospitality, LP

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE GENERAL PARTNER

September 5, 2011

The undersigned, as Manager of Rehoboth Hospitality GP, LLC, the sole general partner of Rehoboth Hospitality, LP, hereby adopts the following resolutions by written consent:

**WHEREAS**, Arasu A. Rajaratnam is the Manager of Rehoboth Hospitality GP, LLC, the sole general partner (the "General Partner") of Rehoboth Hospitality, LP (the "Partnership"), a Delaware limited partnership;

**WHEREAS**, the General Partner has considered the financial and operational conditions of the Partnership's business;

**WHEREAS**, the General Partner has reviewed, considered and received the advice of the Partnership's professionals and advisors with respect to the options available to the Partnership, including the possibility of pursuing a restructuring or sale of the Partnership's business and assets under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives presented the General Partner has determined in its business judgment that it is in the best interest of the Partnership, its creditors, limited partners, and other interested parties and stakeholders that a voluntary petition be filed by the Partnership under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Petition"); and it is

**RESOLVED FURTHER**, that the General Partner or any other officer or person designated and so authorized to act (each, an "Authorized Person") be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Partnership to execute, verify and file all documents necessary or appropriate in connection with the filing of the Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings and other papers in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Partnership's Chapter 11 case (the "Bankruptcy Case"); (c) appear as necessary at all bankruptcy proceedings on behalf of the Partnership; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions as adopted herein; and it is

**RESOLVED FURTHER**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of SULLIVAN · HAZELTINE · ALLINSON LLC as counsel to assist the Partnership in filing for relief under Chapter 11 of the Bankruptcy Code and in carrying out the Partnership's duties under Chapter 11 of the Bankruptcy Code, and the

Authorized Persons are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the Bankruptcy Case, and to cause to be filed an application for authority to retain the services of SULLIVAN · HAZELTINE · ALLINSON LLC as the Partnership's counsel, and it is

**RESOLVED FURTHER**, that any Authorized Person and such person as the Authorized Persons shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such persons be, and each hereby is, authorized, empowered, and directed in the name and on behalf of the Partnership, to cause the Partnership to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any Authorized Person shall be or become necessary, proper, and desirable to effectuate the successful prosecution of the Bankruptcy Case; and it is

**RESOLVED FURTHER**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Case, or any further action to seek relief on behalf of the Partnership under Chapter 11 of the Bankruptcy Code, or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby, adopted, ratified, and confirmed in all respects as the acts and deeds of the Partnership; and it is

**RESOLVED FURTHER**, that the acts, actions, and transactions heretofore taken by the General Partner in the name of and on behalf of the Partnership in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions ,and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be and hereby are, ratified, confirmed, and approved in all respects.

This action by unanimous written consent shall be effective as of the day and date first above written.

REHOBOTH HOSPITALITY GP, LLC,
as General Partner of Rehoboth Hospitality, LP

By: _____
Arasu A. Rajaratnam
Its: <u>Manager of Rehoboth Hospitality GP, LLC; General Partner</u>

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| REHOBOTH HOSPITALITY, LP d/b/a | ) | Case No. 11-_____ (____) |
| LOGOS PLAZA HOTEL, | ) | |
| | ) | |
| Debtor. | ) | |

## LIST OF CREDITORS HOLDING THE TWENTY
## LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

The following is the list of creditors holding the twenty largest unsecured claims against the above-captioned debtor and debtor-in-possession (the "Debtor") (the "List of Creditors"). The List of Creditors reflects estimated amounts owed by the Debtor as of the Petition Date.

The List of Creditors has been prepared from the books and records of the Debtor as of September 5, 2011. The Debtor takes no position at this time regarding whether any of the parties included in the List of Creditors are "insiders" of the Debtor, as that term is defined in the Bankruptcy Code, and the inclusion or exclusion of any party on the List of Creditors shall not constitute an admission by, nor shall it be binding on, the Debtor in any respect. The Debtor expressly reserves the right, in its sole discretion, to challenge the validity, priority, and/or amount as well as the debt/equity characterization of any obligation reflected herein.

| Name of creditor and complete mailing address, including zip code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| Emma and Arasu Rajaratnam<br>9250 Verree Road<br>Philadelphia, PA 19115-2804 | Personal Loan | | $5,202,589.59 |
| Howard Hutt<br>P.O. Box 788<br>Spring House, PA 19477 | Personal Loan | | $999,000.00 |
| Abilene Holdings, LLC<br>c/o James S. Patterson, Esquire<br>Hiersche, Hayward, Drakeley & Urbach, P.C.<br>15303 Dallas Parkway, Suite 700<br>Addison, TX 75001 | Bank Loan | | $881,647.47<br><br>(Secured) |
| Bexar Electric Co. Ltd.<br>111 Ramble Lane, Suite 112<br>Austin, TX 78745 | Judgment | Disputed | $238,950.50<br><br>(Secured) |
| Zions Bank<br>National Real Estate Group<br>P.O. Box 26304<br>Salt Lake City, UT 84126 | Bank Loan | Disputed | $123,502.27<br><br>(Secured) |
| Howard Johnson International, Inc.<br>c/o Laddie Livingston, Esq.<br>Helms & Greene LLC<br>One City Center<br>1021 Main Street, Suite 1290<br>Houston, TX 77002 | Judgment | Disputed | $110,548.91<br><br>(Secured) |
| Batjer & Associates, Inc.<br>2825 Pine Street<br>Abilene, TX 79601 | Judgment | Disputed | $89,483.93 + interest<br><br>(Secured) |
| Taylor County Texas<br>Central Appraisal District<br>P.O. Box 1800<br>Abilene, Texas 79604-1800 | Real Estate Taxes | | $26,318.65 |
| HD Supply Facilities, Ltd<br>4401 Freidrich Lane # 405<br>Austin, TX 78744-1853<br><br>Barnett & Garcia, PLLC<br>211 RR 620 South, Suite 110<br>Austin, TX 78734 | Judgment | Disputed | $19,730.12+ interest<br><br>(Secured) |

| Name of creditor and complete mailing address, including zip code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| Lupe DeLeon d/b/a L&L Asphalt<br>229 N. Leggett<br>Abilene, TX 79603 | Judgment | Disputed | $15,187.50<br><br>(Secured) |
| Constellation NewEnergy, Inc.<br>14217 Collections Center Dr.<br>Chicago, IL 60693 | Utility | Disputed | $11,430.19 |
| Patrick Rodela d/b/a Rodela Construction<br>1749 Oak Street<br>Abilene, TX 79602-4933 | Judgment | Disputed | $8,634.15<br><br>(Secured) |
| Allstate Stucco<br>9704 U.S. Highway 277<br>Hawley, TX 79525 | Judgment | Disputed | $4,100.00 + interest<br><br>(Secured) |
| City of Abilene<br>Water Utility Service Office<br>534 Cypress<br>P.O. Box 3479<br>Abilene, TX 79604-3479 | Utility | Disputed | $3,299.79 |
| SuddenLink<br>P.O. Box 660365<br>Dallas, TX 75266-0365 | Utility | Disputed | $1,363.18 |
| Atmos Energy<br>P.O. Box 790311<br>St. Louis, MO 63179-0311 | Utility | Disputed | $454.37 |
| City of Abilene<br>Accounting<br>P.O. Box 60<br>Abilene, TX 79604 | Services | Disputed | $290.00 |
| Leaf Funding, Inc.<br>1845 Walnut St<br>Philadelphia, PA 19103-4708 | Judgment | Disputed | Unknown<br><br>(Secured) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| REHOBOTH HOSPITALITY, LP d/b/a | ) | Case No. 11-_____ (____) |
| LOGOS PLAZA HOTEL, | ) | |
| | ) | |
| Debtor. | ) | |

## DECLARATION REGARDING CREDITORS HOLDING THE LARGEST UNSECURED CLAIMS

I, Arasu A. Rajaratnam, am the Manager of Rehoboth Hospitality GP, LLC, the General Partner of Rehoboth Hospitality, LP, the debtor in this chapter 11 case (the "Debtor"), and in such capacity I am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that I have read and reviewed the foregoing Consolidated List of Creditors Holding the Largest Unsecured Claims against the Debtor and that the information included therein is true and correct to the best of my knowledge, information and belief.

Date: September 5, 2011

Signature: _____
Arasu A. Rajaratnam
Manager of Rehoboth Hospitality GP, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| REHOBOTH HOSPITALITY, LP d/b/a | ) | Case No. 11-_____ (____) |
| LOGOS PLAZA HOTEL, | ) | |
| | ) | |
| Debtor. | ) | |

## LIST OF EQUITY SECURITY HOLDERS AND
## CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor, Rehoboth Hospitality, LP, submits the following information:

| Equity Holder (All Common Shares) | % Owned | Owner Information |
|---|---|---|
| Rehoboth Hospitality GP, LLP | 2% | c/o The Corporation Trust Company, Registered Agent<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Emma and Arasu Rajaratnam, by the entireties | 48% | 9250 Verree Road<br>Philadelphia, PA 19115-2804 |
| Howard Hutt | 50% | P.O. Box 788<br>Spring House, PA 19477 |

Date: September 5, 2011
Wilmington, Delaware

**SULLIVAN • HAZELTINE • ALLINSON LLC**

*/s/ E. E. Allinson III*
Elihu E. Allinson, III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
zallinson@sha-llc.com

*Proposed Attorneys for the Debtor and Debtor-in-Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| REHOBOTH HOSPITALITY, LP d/b/a | ) | Case No. 11-_____ (___) |
| LOGOS PLAZA HOTEL, | ) | |
| | ) | |
| Debtor. | ) | |

## DECLARATION REGARDING AMENDED LIST OF EQUITY SECURITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT

I, Arasu A. Rajaratnam, as Manager of Rehoboth Hospitality GP, LLC, the General Partner of Rehoboth Hospitality, LP, the debtor in this chapter 11 case, declare under penalty of perjury that I reviewed the attached List of Equity Security Holders and Corporate Ownership Statement and that it is true and correct as of September 5, 2011, to the best of my knowledge, information and belief.

Date: September 5, 2011

Signature:  *A. A. Rpl*

Arasu A. Rajaratnam
Manager of Rehoboth Hospitality GP, LLC